**UNITED STATES of Amercia, Plaintiff–Appellee,**

v.

**Arturo GUITIERREZ–TOVAR, Defendant–Appellant.**

No. 05–41083.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2006.

■■■■■■■

---

James Lee Turner, Assistant U.S. Attorney, Mitchel Neurock, U.S. Attorney's Office, Houston, TX, for Plaintiff-Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Michael L. Herman, Federal Public Defender's Office, Houston, TX, for Defendant-Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Arturo Gutierrez–Tovar (Gutierrez) appeals his guilty plea conviction for illegally reentering the United States after having been convicted of an aggravated felony and deported. As Gutierrez acknowledges, his challenge to the district court's eight-level sentence enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(C) is foreclosed by circuit precedent. *See United States v. Hinojosa–Lopez,* 130 F.3d 691, 693–94 (5th Cir.1997); *see also United States v. Rivera,* 265 F.3d 310, 312–13 (5th Cir.2001). Gutierrez cites no authority affecting the binding precedential value of *Rivera* and *Hinojosa–Lopez.*

Gutierrez also argues that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (b)(2) are unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Gutierrez's constitutional challenge is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Although Gutierrez contends that *Almendarez–Torres* was incorrectly decided and that a majority of the Supreme Court would overrule *Almendarez–Torres* in light of *Apprendi,* we have repeatedly rejected such arguments on the basis that *Almendarez–Torres* remains binding. *See United States v. Garza–Lopez,* 410 F.3d 268, 276 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005). Gutierrez properly concedes that his argument is foreclosed in light of *Almendarez–Torres* and circuit precedent,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

but he raises it here to preserve it for further review.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.